UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 20170
  JAMES COLLINS
  EILEEN COLLINS                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
  SSN XXX-XX-9576      SSN XXX-XX-3406

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 05/19/05 and confirmed on 08/01/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  81018.00 .

   4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 17450.00 | 2383.21 | 17450.00 |
| FORD MOTOR CREDIT CO | SECURED | 25000.00 | 3414.35 | 25000.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3419.05 | .00 | 3419.05 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9533.12 | .00 | 1476.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8682.09 | .00 | 1344.59 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10514.73 | .00 | 1628.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14838.66 | .00 | 2298.05 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 15117.14 | .00 | 2341.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5539.92 | .00 | 857.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13826.71 | .00 | 2141.33 |
| DISCOVER BANK | UNSECURED | 8797.48 | .00 | 1362.46 |
| DISCOVER BANK | UNSECURED | 10715.13 | .00 | 1659.44 |
| ELAN FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD FINANCE | UNSECURED | 4081.73 | .00 | 632.13 |

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7903.14 | .00 | 1223.95 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4525.96 | .00 | 700.93 |
| RBS CREDIT CARD SVC | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 8736.07 | .00 | 1352.95 |
| FORD MOTOR CREDIT CO | UNSECURED | 333.62 | .00 | 51.67 |

```
FORD MOTOR CREDIT CO          UNSECURED        6417.47              .00          993.87
INTERNAL REVENUE SERVICE  UNSECURED              34.00              .00            5.27
ECAST SETTLEMENT CORPORA  UNSECURED            5011.23              .00          776.09
            Summary of disbursements:
-----------------------------------------------------------------------------------------
               SECURED       PRIORITY      UNSECURED        OTHER          TOTAL
-----------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    42450.00     3419.05    134608.20         .00     180477.25
PRINCIPAL PAID        42450.00     3419.05     20846.67         .00      66715.72
INTEREST PAID          5797.56          .00          .00         .00       5797.56
TOTAL PAID            48247.56     3419.05     20846.67         .00      72513.28
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $   2675.00
and was paid $     500.00  direct and $    2175.00   through the plan.

The Trustee received $    2471.72 .

Refunds to the Debtor totaled $    3858.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/11/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE